FILED
3-26-08  NH
MAR 2 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) No. 08CR 246 |
| --- | --- |
| v. | ) |
| BRIAN BUTUSOV | ) Violation: Title 21, United States Code, Section 841(a)(1) |

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about October 6, 2004, at Hickory Hills, in the Northern District of Illinois, Eastern Division,

BRIAN BUTUSOV,

defendant herein, knowingly and intentionally distributed a controlled substance, namely, 50 grams or more of mixtures containing cocaine base in the form of "crack" cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY