Minute Order Form (rev. 4/99)

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 06 GJ 132 | DATE | MARCH 26, 2008 |
| CASE TITLE | US v. BRIAN BUTUSOV | | |

Motion:    (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING AND REQUEST TO SEAL
#### SPECIAL MARCH 2007

The Grand Jury for the _____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

08CR 246

Docket Entry:

TO ISSUE BENCH WARRANT; THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142. THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANT AS TO ALL DEFENDANTS. THIS INFORMATION TO REMAIN SEALED UNTIL DEFENDANT IS ARRESTED OR UNTIL FURTHER ORDER OF THE COURT. PLEASE DO NOT SEAL THE ARREST WARRANT.

FILED
MAR 2 6 2008    NF

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | | | | | |
|---|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | | Number of notices | DOCKET# |
| | No notices required. | | | | | |
| | Notices mailed by judge's staff. | | | | Date docketed | |
| | Notified counsel by telephone. | | | | Docketing dpty. initials | |
| | Docketing to mail notices | | | | | |
| | Mail AO 450 form. | | | | Date mailed notice | |
| | Copy to judge/magistrate judge. | | | | | |
| | | Courtroom Deputy initials | Date/time received in Central Clerk's office | | Mailing dpty. initials | |