# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Andersen | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 246 -1 | **DATE** | 3/27/2008 |
| **CASE TITLE** | USA vs. Brian Butusov | | |

**DOCKET ENTRY TEXT**

Arraignment held. Rachel L. Zebio is appointed as counsel for Defendant. The defendant enters plea of Not Guilty to the Indictment. 16.1A conference to be held by 4/3/08. Pretrial motions to be filed by 4/17/08. Status hearing set before Judge Andersen on 5/1/08 at 10:00 a.m.. Detention hearing held; the Defendant is ordered released. Time is excluded pursuant to 18:3161(h)(1). Xt1 *AL*

Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | AC |
|---|---|---|