**FILED**
MAR 2 7 2008
3-27-08
MAGISTRATE JUDGE ARLANDER KEYS
UNITED STATES DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number: 08 CR 246

US v. Brian Butusov

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Brian Butusov

| NAME (Type or print) |
|---|
| Rachel L. Zebio |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Rachel L. Zebio |

| FIRM |
|---|
| Rachel L. Zebio, Attorney at Law |

| STREET ADDRESS |
|---|
| 190 S. LaSalle Street, Suite #520 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL, 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6287751 | 312-782-2770 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ✓