AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court

Northern District of Illinois
Eastern Division

United States of America

v.

Brian Butusov

WARRANT FOR ARREST

Case Number: 08 CR 246

**FILED**
4-1-08
APR - 1 2008

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

To: The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Brian Butusov  and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(Indictment)   Information   Complaint   Order of court   Violation Notice   Probation Violation Petition

charging him or her with:

in violation of Title: 21   United States Code, Section(s): 841 Controlled substance-sell, distribute, or dispense

Laura Springer
Name of Issuing Officer

*Laura Springer* (signature)
Signature of Issuing Officer

U.S. DEPUTY CLERK
Title of Issuing Officer

March 27, 2008   CHICAGO, ILLINOIS
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| Date Received: 3/27/08 | Name and Title of Arresting Officer | Signature of Arrest Officer |
| Date of Arrest: 3/27/08 | Arrested by FBI | |