IN THE UNITED STATES OF AMERICA
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  08 CR 246 |
| | ) | Honorable Judge Andersen |
| BRIAN BUTUSOV, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR EARLY RETURN OF RULE 17(c) SUBPOENAS

Defendant, Brian Butusov, by and through is attorney, Rachel L. Zebio, respectfully moves this Court pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure for the entry of an order permitting the defendant to issue subpoenas calling for the production of documents prior to trial.

In support of this Motion, Defendant states as follows:

1.  It is anticipated that, in preparation for trial, it may be necessary for defendant to secure documents from third parties.

2.  In order to enable the defendant to have time to analyze these documents in preparation for trial and to prepare an adequate defense, the defendant requests that she be given leave to issue subpoenas calling for production of materials immediately, as permitted by Rule 17(c).

WHEREFORE, the Defendant respectfully requests that this Court grant this motion for early production of subpoenaed material pursuant to Rule 17(c).

Respectfully submitted,

                                                      _____/s/_____
                                                      Rachel L. Zebio

Rachel L. Zebio
Attorney for Defendant Butusov
190 S. LaSalle Street
Suite #520
Chicago, Illinois 60603
(312)782-2770

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 08 CR 246 |
| BRIAN BUTUSOV, | ) | |
| | ) | Honorable Judge Andersen |
| Defendant. | ) | |

## NOTICE OF FILING

**TO:**   AUSA Kenneth Yeadon
U.S. Attorney's Office
219 S. Dearborn, 5th Floor
Chicago, IL 60604

**PLEASE TAKE NOTICE** that on April 18, 2008, I filed electronically with the clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the attached **Motion for Early Return of Rule 17(c) Subpoenas.** True and correct copies of each is attached hereto and hereby served upon you.

                                                                              Respectfully Submitted,

                                                                              _____/s/_____
                                                                              Rachel L. Zebio

Rachel L. Zebio
Attorney for Defendant Butusov
190 S. LaSalle Street
Suite #520
Chicago, Illinois 60603
(312)782-2770

**Certificate of Service**

I, Rachel L. Zebio, an attorney certify that the attached copy of the document stated above was delivered, electronically, to A.U.S.A. Kenneth Yeadon, 219 S. Dearborn, Suite #500, Chicago, IL 60604, and hand delivered to the Honorable Judge Andersen, 219 S. Dearborn, Room 1486, Chicago, IL 60604 on this 18th day of April, 2008.

_____/s/_____
Rachel L. Zebio

Rachel L. Zebio
Attorney for Defendant Butusov
190 S. LaSalle Street
Suite #520
Chicago, Illinois 60603
(312)782-2770